#60912

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

FILED
2011 JAN 18 PM 2:54
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CASE NO. 08-60584
)           08-60584
ANKENY, CHARLES ) CHAPTER 7
ANKENY, HELEN )
) JUDGE KENDIG
DEBTORS )
)

### TRANSMITTAL OF FUNDS PER RULE 3010

The Chapter 7 Trustee, Anne Piero Silagy, reports the following:

1. The Report of Distribution in the above-captioned case was approved. Pursuant to Rule 3010, those dividends in amounts less than five (5) dollars shall not be distributed by the Trustee to the unsecured creditors. The Trustee shall, instead, pay such dividends directly to the Court.

2. Accordingly, the Trustee's: Check No. 112, in the amount $1.29 for Claim No. 7 Cardiovascular Consultants, Inc. representing the total of the dividends less than five (5) dollars in connection with the above-captioned case is submitted with this report.

Respectfully submitted,

Anne Piero Silagy (#0030444)
220 Market Avenue South
Suite 900
Canton, Ohio 44702
Telephone: (330) 456-0900
Facsimile: (330) 456-1981

Date: 01/12/11                    DIVIDENDS REMITTED TO THE COURT                                    Page:

Case Number 08-60584 - ANKENY SR., CHARLES

FILED
2011 JAN 18 PM 2:54

|  |  | Amount Allowed | Amount |
|---|---|---|---|
| Creditor | Claim No. |  |  |
| Cardiovascular Consultants, Inc.<br>PO Box 74300<br>Cleveland, OH 44194 | 000007 | 13.72 | 1.29 |
| ---------- Remittance Total --------------- |  | 13.72 | 1.29 |

CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

_Anne Piero Silagy_
Anne Piero Silagy, Esq., Trustee

```
         UNITED STATES
         BANKRUPTCY COURT

         Northern District of Ohio
              CANTON Division

         R1  -  00060912
         Intake deputy: 4878318 (V. Wa.)

         January 18, 2011 14:58:12

         Code    Case #     Qty     Amount
         UF - UNCLAIMED FUNDS
              08-60584RK    10      $1.29CK
         Debtor - Akeny
         Payment Type - CHECK
         Check Number - 112

         TOTAL  -           $1.29
         TEND   -            1.29
         CHANGE -            0.00


         FROM: ANNE PIERO SILAGY
               424 CITIZENS BLDG, 110 CENTRAL PL,
          S
               CANTON, OH 44702
               330-456-0900
```

Printed: 01/12/11 11:56 AM  Ver: 16.01c